**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Jimmy D. Austin
Louisiana State Penitentiary DOC No. 403357
General Delivery
Angola La 70712

**REHEARING ACTION: August 9, 2017**

**Docket Number: 16   00952-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JIMMY D. AUSTIN**

**Writ Application from St. Landry Parish Case No. 96-K-2046**

**BEFORE JUDGES:**

> **Hon. John E. Conery**
> **Hon. D. Kent Savoie**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jimmy D. Austin** has this day been

> **DENIED.**

cc: Earl B. Taylor, Counsel for the Respondent